IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JACQUES CLINTON,)
)
Plaintiff,) CIVIL ACTION NO.: CV208-144
)
v.)
)
UNITED STATES OF AMERICA,)
)
Defendant.)

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff states the Magistrate Judge erroneously failed to consider whether his property could have been lost by postal employees instead of BOP staff. Plaintiff failed to state any factual claims against the United States Postal Service in his complaint. The Federal Rules of Civil Procedure permit the Court to consider arguments and allegations not previously submitted to the Magistrate Judge. FED. R. CIV. P. 72. However, even had postal employees lost Plaintiff's property, he could not sustain this cause of action. 28 U.S.C.A. § 2680(b) prohibits claims "arising out of the loss, miscarriage, or negligent transmission of letters or postal matter."

Plaintiff's Objections are without merit and are **OVERRULLED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**. The Clerk is authorized and directed to enter the appropriate judgment.

**SO ORDERED**, this 24 day of March, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA